IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br>Defendants. | ) ) ) ) ) ) ) ) C.A. No. 17-282 (GMS) ) ) ) ) ) ) |

## STIPULATION AND ORDER OF DISMISSAL

The Court, upon the consent and request of Plaintiffs BioDelivery Sciences Inc., and Arius Two, Inc., (collectively, "Plaintiffs") and Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals Industries Ltd., (collectively, "Defendants"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action"). Plaintiffs and Defendants consent to personal jurisdiction in this Court for purposes of this Stipulation and Order, and any proceedings relating thereto.

2. In these Actions, Plaintiffs have charged Defendants with infringement of United States Patent No. 7,579,019 ("the '019 patent"), United States Patent No. 8,147,866 ("the '866 patent"), United States Patent No. 8,703,177 ("the '177 patent"), and United States Patent No. 9,522,188 ("the '188 patent"), in connection with Defendants' submission of Abbreviated New Drug Application ("ANDA") No. 209831 directed to generic 4.2 mg buprenorphine/ 0.7 mg naloxone dosage strength buccal film product, and 2.1 mg buprenorphine/ 0.3 mg naloxone

dosage strength buccal film products labeled for the use in the treatment of opioid dependences to the U.S. Food and Drug Administration ("FDA").

3. Defendants acknowledge and agree that the Patents-in-Suit are valid, enforceable, and infringed with respect to Teva's ANDA No. 209831;

4. The Parties agree that all claims and defenses set forth in their pleadings against each other, including the allegations and averments contained therein, should be dismissed, with prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Defendants, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

5. All claims and defenses set forth in Plaintiffs' and Defendants' pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, with prejudice.

6. Defendants and their affiliates (as defined in the Parties' settlement agreement resolving the Action) are hereby enjoined from manufacturing, using, offering to sell or selling within the United States, or importing into the United States, the generic 4.2 mg buprenorphine/ 0.7 mg naloxone dosage strength buccal film product, and 2.1 mg buprenorphine/ 0.3 mg naloxone dosage strength buccal film products that are the subject of ANDA No. 209831, during the life of the '019, '866, '177, and '188 Patents, including any extensions and pediatric exclusivities, except as permitted in the Parties' settlement agreement resolving the Action or other authorization by Plaintiffs.

7. Plaintiffs and Defendants each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

8. This Court retains jurisdiction over Plaintiffs and Defendants for purposes of enforcing this Stipulation And Order.

9. This Stipulation And Order shall finally resolve this Action between Plaintiffs and Defendants.

10. The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Robert M. Vrana* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>jhiggins@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of October 2017.

_____
United States District Judge